Friday,
June 3.

HOLMES and Another *v.* EBERSOLE and Another.

APPEAL from the *Huntington* Court of Common Pleas.

PERKINS, J.—Suit upon promissory notes. Answer, that the notes were given for the consideration of spirituous liquors sold to defendant in 1856, which liquors were not sold for sacramental, &c., purposes.

Demurrer to the answer overruled. Judgment for the defendants.

The judgment was clearly erroneous. The sale of the liquors was not illegal, and was a sufficient consideration for the notes.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, with instructions that the demurrer be sustained.

*H. C. Newcomb, J. S. Tarkington,* and *I. De Long,* for the appellants.